FILED

2016 JUN 24 PM 3:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___TH___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. WILFREDO GAMEZ (10), Defendant. | No. 03CR210-BTM<br><br>ORDER AND JUDGMENT OF DISMISSAL |

Based on the motion of the United States, for good cause shown, IT IS ORDERED AND ADJUDGED that leave is granted, and Wilfredo Gamez is dismissed without prejudice from the First Superseding Indictment.

IT IS FURTHER ORDERED that all arrest warrants for Gamez in this case shall be recalled.

DATED: June 24, 2016

/s/ Barry Ted Moskowitz
BARRY TED MOSKOWITZ
Chief United States District Judge

1